**Term Sheet**

The following sets forth the terms and conditions upon which the following parties will form and organize a limited liability company to carry on the business described below. The following shall represent a binding agreement between Barbara Darwall, Yebo (Boris) Cao, and Kenneth Dingledine (the "Partners") to form a partnership established to produce theatrical productions worldwide.

| | |
|---|---|
| Company Name: | KBB Theatricals (the "Company") organized in Delaware (the "State"). |
| Purpose: | To develop and produce theatrical projects in various worldwide territories and, including but not limited to: securing certain rights, financing, and creative assets necessary to execute such projects. A current project list is attached to this as a Schedule A and will be updated from time to time during the partnership. |
| Partners: | The partners of the Company (the "Partners") are Barbara Darwall Collins, Yebo (Boris) Cao, and Kenneth Dingledine |
| Contributions: | Although all three partners agree to contribute their expertise and time to the best interest of the partnership, there are no capital contributions required of the Partners. It is understood that this partnership shall be non-exclusive but the partners agree to render priority services for the duration of the partnership. |
| Capital: | If it is determined that the Company, as opposed to an individual production, requires additional capital to meet its financial or operational needs, such capital contributions will be made by unanimous consent of the Partners and under terms and conditions unanimously agreed with partners. |
| Ownership: | Each Partner ownership will be in the form of common units (the "Units"): |

|  |  |
|---|---|
| Barbara Darwall | 250,000 |
| Yebo (Boris) Cao | 250,000 |
| Kenneth Dingledine | 250,000 |

| | |
|---|---|
| Allocation of Profit/Loss: | The allocation of profits and losses will be based on each Partner's Units. |

| | |
|---|---|
| Distributions: | Distributions will be made on a project close basis to the extent there is sufficient Net Cash Flow to support the distribution (or more frequently as approved by the Partners). "Net Cash Flow" shall be defined to mean all funds remaining after payment of operating expenses and after setting aside cash reserves that are reasonable and necessary to enable the Company to meet anticipated working capital requirements. |// 

Distributions:

Distributions will be made on a project close basis to the extent there is sufficient Net Cash Flow to support the distribution (or more frequently as approved by the Partners). "Net Cash Flow" shall be defined to mean all funds remaining after payment of operating expenses and after setting aside cash reserves that are reasonable and necessary to enable the Company to meet anticipated working capital requirements.

If a 3rd party audit of project and / or company finances is deemed necessary by a majority of Partners, then such audit shall be performed no later than 6 months following either the project close or the majority Partner's request.

The Company shall use reasonable efforts to make such minimum distributions as necessary to enable the Members to pay all state and federal taxes due on income that will be allocated to them, based on an assumed combined tax rate of 45%.

Initially, 25% of revenue will be reserved as cash reserves and the Company shall use good-faith efforts to have Net Cash Flow at approximately 75% of revenue.

Thereafter, the Company shall use good faith efforts to set aside 25% of revenue as cash reserves for future projects, and distributions will be made to Partners pro rata based on Units.

A portion of Net Cash Flow, after tax distributions, will be distributed to Harmonia Holdings, Ltd. until Harmonia has been recouped of its investment (amount TBD).

Day to day operations of the company will be handled collectively by Partners with all related decisions being made at each Partner's reasonable discretion, consistent with budgets, operating plans, and other agreed upon strategies.

Approvals:

The following shall require the unanimous agreement of the Partners:

1. Project acquisition;

2. Project budgets approval;

3. Company budget approval;

4. Subsidiary company budget approval (e.g. Harmonia UK, Theatrical Dreams, etc.);

5. Partner distribution;

6. Project producing partner selection and profit participation if applicable;

7. borrow money or securing any indebtedness of the Company by pledge or other lien of Company property;

8. lending money to or issuing a guaranty or becoming a surety for the obligations of any person;

9. start any legal proceedings in the Company's name or defend any action instituted against it, other than compulsory counterclaims;

10. settling any claim against or inuring to the benefit of the Company involving an amount in controversy;

11. adding any new member;

12. agreeing to or effecting any merger in which the Members before such merger will own 50% or less of the voting power of the surviving company;

13. agreeing to or effecting the sale of all or substantially all of the assets or the sale of any material assets of the Company;

14. instituting a voluntary case as debtor under the United States Bankruptcy Code;

15. dissolve the Company;

16. amending this Agreement;

17. issuing any additional equity;

18. removing a Partner for Cause;

19. carrying on any other business.

The following shall require a majority agreement of the

|  |  |
|---|---|
|  | Partners: |
|  | 1. Project-related creative decisions including creative team hires and fires, content changes, and project management personnel. |
| Fees & Expenses: | Fees for Partners shall be built into the project budgets and distributed to Partners the earlier of Project close or quarter commencing with date of the Project start. Such fees shall be in addition to profits distributions, if any. |
|  | Expenses made on behalf of the Company and its Projects including but not limited to domestic and international travel, accommodations, tolls, parking, gas, etc. shall be reimbursable to the Partner upon submission of valid expense receipts as long as they are within project or Company budget guidelines. |
| Transfers: | No transfers of equity will be allowed unless approved by the other Members, except for transfers to family members and, otherwise, subject to all requirements imposed by the franchise agreement entered into by the Company. |
| Right of First Refusal: | Before a Member can sell units to a third party, the Member must first offer to sell the equity to the Company, with fallback to the non-selling Members, with right of over-allotment. |
| Financial Reports: | The Company shall create both project and quarterly financial reports: balance sheet, income statement, and cash flow statement. The Board shall approve an annual budget and operating plan for the Company and the company shall be operated to accomplish this plan. |
| Pre-emptive Right: | If the Company issues new securities, each Member will have the right to purchase such numbers of new securities as may be necessary for them to maintain their pro rata ownership in the Company. |

SCHEDULE A
Project List