# Titanic UK Entity Update

**boris@harmoniaholdings.com Boris Cao**　　　　　　　　Wednesday, August 16, 2023 at 4:13:04 AM Pacific Daylight Time
To: yc@harmoniaholdings.com YC Wang
Cc: zanyar.z@harmoniaholdings.com Zanyar Z, cai@harmoniaholdings.com Haotian Cai

～ YC,

关于Titanic 英国公司的回复如下 （红色）：

关于音乐剧《泰坦尼克》的授权及出品方，以下为在英国政府的官网上的信息： 1）授权函中的Titanic 国际巡演版（制作缩减版）的项目公司，成立于一年之前（2022年8月9日），注册人员1人

是，Titanic The Musical UK Ltd，作为 Titanic 泰坦尼克号音乐剧，英国10周年巡演版本的制作及运营公司，于2022年成立，专门就该剧在英国及国际巡演的权利和运营负责全部的事宜。

根据海外媒体以及官网的显示，制作人为Danielle Tarento, 为授权函中的有权签署人。

必须强调一点是，Harmonia 不仅仅作为该戏在亚洲版本的巡演管理方和国际巡演制作人，Harmonia同时也是英国巡演的联合制作方之一。具体请看，6月之后所有英方关于本制作的宣发内容：

https://thelowry.com/2023/06/12/titanic-the-musical-10th-anniversary-tour-coming-to-the-lowry-salford-this-july/

Presented by **Danielle Tarento** in association with **Mayflower Theatre, Southampton**, Harmonia, **Bruce Robert Harris** and **Jack W Batman**, it is 10 years since **Titanic The Musical** made its critically acclaimed debut.

上述文字中的Harmonia即Harmonia UK Ltd.

链接：
https://playbill.com/article/titanic-musical-to-launch-u-k-tour-in-2023
https://britishtheatre.com/titanic-the-musical-uk-tour-2023-full-cast-announced/
https://titanicthemusical.co.uk/about-the-show.php

2）被授权方Harmonia UK Ltd 作为演出代理商，代理泰坦尼克剧目的国内演出，根据英国政府官网企业资讯显示，该公司成立于2015年7月27日，于2017年1月3日被政府强制清算破产；该项目如果与Harmonia UK Ltd签约及支付款项，存在一定风险，建议可否请签约方提供英国的企业资质及税号，年审信息；

根据上述的公开信息，Harmonia UK Ltd作为国际巡演版本的亚洲巡演管理方及国际巡演制作人。Harmonia UK Ltd 的目前状态，根据英国政府官方网站的信息，截屏如下： https://find-and-update.company-information.service.gov.uk/company/13504236

Harmonia UK Ltd 成立于 2021年7月9号，并非该公司成立于2015年7月27日，于2017年1月3日被政府强制清算破产。

image.png

Best,
Boris

--
Boris Cao

*General Manager*
Harmonia Holdings, Ltd.
*he | him | his*
([what's this?](#))
New York · London · Shanghai · Taipei
**Tel: China** +86-18516314455 **USA** +1（917）868-3087
boris@harmoniaholdings.com

![Harmonia - Bridging Cultures]

---

**Attachments:**

**image.png** 184k

**泰坦尼克号授权确认函.pdf** 113k

---

**boris@harmoniaholdings.com Boris Cao**　　　　Wednesday, August 16, 2023 at 4:17:19 AM Pacific Daylight Time
To: yc@harmoniaholdings.com YC Wang

Cc: zanyar.z@harmoniaholdings.com Zanyar Z, cai@harmoniaholdings.com Haotian Cai

Also, 关于Harmonia UK Ltd, 我们英国这边的执行管理人原话：I can confirm that the entity set up for you - Harmonia Holdings UK Ltd (13504236) has been superseded by BBK Theatrical Ltd (details here - https://find-and-update.company-information.service.gov.uk/company/14884082) and that BBK Theatrical Ltd is carrying out the production activity for your productions including Titanic the Musical, the Last 5 Years, Once as others.

目前Harmonia UK Ltd的全部权益全部都已经转到了BBK Theatrical Ltd，所以关于深圳坪山的情况，最佳的解决方式是：

1. Danielle签署一份，授权给 BBK Theatrical Ltd的授权书。
2. 坪山跟 BBK Theatrical Ltd直接签约。
3.  BBK Theatrical Ltd直接开发票给坪山。

Best,
Boris


On Wed, Aug 16, 2023 at 7:13 PM Boris Cao <boris@harmoniaholdings.com> wrote:
> ～ YC,
>
> 关于Titanic 英国公司的回复如下 （红色）：
>
> 关于音乐剧《泰坦尼克》的授权及出品方，以下为在英国政府的官网上的信息： 1）授权函中的Titanic 国际巡演版（制作缩减版）的项目公司，成立于一年之前（2022年8月9日），注册人员1人
>
> 是，Titanic The Musical UK Ltd，作为 Titanic 泰坦尼克号音乐剧，英国10周年巡演版本的制作及运营公司，于2022年成立，专门就该剧在英国及国际巡演的权利和运营负责全部的事宜。
>
> 根据海外媒体以及官网的显示，制作人为Danielle Tarento, 为授权函中的有权签署人。
>
> 必须强调一点是，Harmonia 不仅仅作为该戏在亚洲版本的巡演管理方和国际巡演制作人，Harmonia同时也是英国巡演的联合制作方之一。具体请看，6月之后所有英方关于本制作的宣发内容：
>
> https://thelowry.com/2023/06/12/titanic-the-musical-10th-anniversary-tour-coming-to-the-lowry-salford-this-july/
>
> Presented by **Danielle Tarento** in association with **Mayflower Theatre, Southampton**, <u>Harmonia</u>, **Bruce Robert Harris** and **Jack W Batman**, it is 10 years since **Titanic The Musical** made its critically acclaimed debut.
>
> 上述文字中的Harmonia即Harmonia UK Ltd.
>
> 链接：
> https://playbill.com/article/titanic-musical-to-launch-u-k-tour-in-2023
> https://britishtheatre.com/titanic-the-musical-uk-tour-2023-full-cast-announced/
> https://titanicthemusical.co.uk/about-the-show.php
>
>  2）被授权方Harmonia UK Ltd 作为演出代理商，代理泰坦尼克剧目的国内演出，根据英国政府官网企业资讯显示，该公司成立于2015年7月27日，于2017年1月3日被政府强制清算破产；该项目如果与Harmonia UK Ltd签约及支付款项，存在一定风险，建议可否请签约方提供英国的企业资质及税号，年审信息；
>
> 根据上述的公开信息，Harmonia UK Ltd作为国际巡演版本的亚洲巡演管理方及国际巡演制作人。Harmonia UK Ltd的目前状态，根据英国政府官方网站的信息，截屏如下：https://find-and-update.company-information.service.gov.uk/company/13504236
>
> Harmonia UK Ltd 成立于 2021年7月9号，并非该公司成立于2015年7月27日，于2017年1月3日被政府强制清算破产。

image.png

Best,
Boris

--
Boris Cao

*General Manager*
Harmonia Holdings, Ltd.
*he | him | his*
([what's this?](#))
New York · London· Shanghai · Taipei
**Tel: China** **+86-18516314455 USA +1  (917) 868-3087**
**boris@harmoniaholdings.com**



--
Boris Cao

*General Manager*
Harmonia Holdings, Ltd.
*he | him | his*
([what's this?](#))

New York · London· Shanghai · Taipei
Tel: China +86-18516314455 USA +1 (917) 868-3087
boris@harmoniaholdings.com



**Attachments:**

**image.png** 184k

# Titanic UK Entity Update

**boris@harmoniaholdings.com Boris Cao**  Wednesday, August 16, 2023 at 4:13:04 AM Pacific Daylight
To: yc@harmoniaholdings.com YC Wang
Cc: zanyar.z@harmoniaholdings.com Zanyar Z, cai@harmoniaholdings.com Haotian Cai

~ YC,

The response from Titanic UK is as follows (red):

Regarding the authorizer and producer of the musical "Titanic", the following is the information on the British government's official website: 1) The project company of the Titanic international tour version (production reduced version) in the authorization letter was established one year ago (2022 August 9, 2018), 1 registered person

Yes, Titanic The Musical UK Ltd, as the production and operating company of the Titanic musical, the British 10th anniversary tour version, was established in 2022 and is specifically responsible for all matters regarding the rights and operations of the show in the UK and international tours.

According to overseas media and the official website, the producer is Danielle Tarento, the authorized signatory in the authorization letter.

It must be emphasized that Harmonia not only serves as the tour manager and international tour producer of the Asian version of the play, Harmonia is also one of the co-producers of the UK tour. For details, please see all British announcements about this production after June:

https://thelowry.com/2023/06/12/titanic-the-musical-10th-anniversary-tour-coming-to-the-lowry-salford-this-july/

Presented by **Danielle Tarento** in association with **Mayflower Theatre, Southampton**, **Harmonia**, Bruce Robert Harris and **Jack W Batman**, it is 10 years since **Titanic The Musical** made its critically acclaimed debut.

Harmonia in the above text means Harmonia UK Ltd.

Link:
https://playbill.com/article/titanic-musical-to-launch-u-k-tour-in-2023
https://britishtheatre.com/titanic-the-musical-uk-tour-2023-full-cast-announced /
https://titanicthemusical.co.uk/about-the-show.php

2) The authorized party Harmonia UK Ltd serves as a performance agent and acts as an agent for domestic performances of Titanic. According to the corporate information on the British government official website, It stated that the company was established on July 27, 2015, and was forced into liquidation and bankruptcy by the government on January 3, 2017; if the project is signed with Harmonia UK Ltd and There are certain risks in making payments. It is recommended that the contracting party provide the UK's corporate qualifications, tax number, and annual review information;

According to the above public information, Harmonia UK Ltd serves as the Asian tour manager and international tour producer of the international tour version. Harmonia UK Ltd According to the current status of the British government's official website, the screenshot is as follows: https://find-and-update.company-information.service.gov.uk/company/13504236

Harmonia UK Ltd was established on July 9, 2021. This company was not established on July 27, 2015. It was forced to liquidate by the government on January 3, 2017.

产。

Cc: zanyar.z@harmoniaholdings.com Zanyar Z, cai@harmoniaholdings.com Haotian Cai

Also, regarding Harmonia UK Ltd, the original words of our UK executive manager: I can confirm that the entity set up for you - Harmonia Holdings UK Ltd (13504236) has been superseded by BBK Theatrical Ltd (details here - https:/ /find- and-update.company-information.service.gov.uk/company/14884082) and that BBK Theatrical Ltd is carrying out the production activity for your productions including Titanic the Musical, the Last 5 Years, Once as others.

At present, all the rights and interests of Harmonia UK Ltd have been transferred to BBK Theatrical Ltd. Therefore, regarding the situation in Pingshan, Shenzhen, the best solution is:

1. Danielle signs a letter of authorization authorizing BBK Theatrical Ltd.
2. Pingshan signed a contract directly with BBK Theatrical Ltd.
3. BBK Theatrical Ltd issues invoices directly to Pingshan.

Best,
Boris

On Wed, Aug 16, 2023 at 7:13 PM Boris Cao <boris@harmoniaholdings.com> wrote:

~ YC,

The response from Titanic UK is as follows (red):

Regarding the authorizer and producer of the musical "Titanic", the following is the information on the British government's official website: 1) The project company of the Titanic international tour version (production reduced version) in the authorization letter was established one year ago (2022 August 9, 2018), 1 registered person

Yes, Titanic The Musical UK Ltd, as the production and operating company of the Titanic musical, the British 10th anniversary tour version, was established in 2022 and is specifically responsible for all matters regarding the rights and operations of the show in the UK and international tours.

According to overseas media and the official website, the producer is Danielle Tarento, the authorized signatory in the authorization letter.

It must be emphasized that Harmonia not only serves as the tour manager and international tour producer of the Asian version of the play, Harmonia is also one of the co-producers of the UK tour. For details, please see all British announcements about this production after June:

https://thelowry.com/2023/06/12/titanic-the-musical-10th-anniversary-tour-coming-to-the-lowry-salford-this-july/

**Presented by Danielle Tarento** in association with **Mayflower Theatre, Southampton, Harmonia, Bruce Robert Harris** and **Jack W Batman**, it is 10 years since **Titanic The Musical** made its critically acclaimed debut.

Harmonia Harmonia UK Ltd. in the text above.

Link:
https://playbill.com/article/titanic-musical-to-launch-u-k-tour-in-2023
https://britishtheatre.com/titanic-the-musical-uk-tour-2023-full-cast-announced/
https://titanicthemusical.co.uk/about-the-show.php

2) The authorized party Harmonia UK Ltd serves as a performance agent and acts as an agent for domestic performances of Titanic. According to the corporate information on the British government official website According to the statement, the company was established on July 27, 2015, and was forced into liquidation and bankruptcy by the government on January 3, 2017; if the project is signed with Harmonia UK Ltd and payment, there are certain risks. It is suggested that the contracting party can be asked to provide the British enterprise qualifications, tax number, and annual review information;

According to the above public information, Harmonia UK Ltd serves as the Asian tour manager and international tour producer of the international tour version. Harmonia UK Ltd's current status, according to the information from the official British government website, the screenshot is as follows: https://find-and-update.company-information.service.gov.uk/company/13504236

Harmonia UK Ltd was established on July 9, 2021. This company was not established on July 27, 2015, and was forced into liquidation by the government on January 3, 2017.
Bankruptcy.