# Shanghai Theatrical Dreams

**tom.dekeyser@royo.co.uk Tom de Keyser**  Friday, August 4, 2023 at 4:31:41 AM Pacific Daylight Time
To: boris@harmoniaholdings.com Boris Cao
Cc: ken@harmoniaholdings.com Ken Dingledine

Hi Boris

Can you please share with me for Shanghai Theatrical Dreams

1 Certificate of Incorporation

2 Articles of Association

3 Who are the individual owners?

I need this for UK bank compliance urgently as they need to confirm who funds belong to for anti-money laundering rules.

Is it also Shanghai Theatrical Dreams that has the contracts with the theatres? If so, could you send me two/three example contracts? I basically need a file of documents that prove the money isn't accounted in the UK.

Thanks

Tom

> **Tom de Keyser**
> **e:** tom.dekeyser@royo.co.uk | **w:** www.royo.co.uk
> **t:** 020 3468 8584
> **a:** 8A Great Newport Street, London, WC2H 7JA (Please note new address)

Royo Entertainment Ltd. is a limited company registered in England and Wales. Registered number: 11918708.
Correspondence address PO Box 1145, London, HA9 1LG.
This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed.
If you have received this email in error, please notify the sender. If you are not the named addressee, you
should not disseminate, distribute or copy this email.
If you are not the intended recipient, you are notified that disclosing, copying, distributing or taking any
action in reliance on the contents of this
information is strictly prohibited. Computer viruses can be transmitted via email. The recipient should check
this email and any attachments for the presence of viruses.
The organisation and sender accepts no liability for any damage caused by any virus transmitted by this email.
Any opinions expressed are not necessarily those of the company.
Please consider the environment before printing this email.

**Attachments:**

**image421049.png** 43k

---

**boris@harmoniaholdings.com Boris Cao**  Friday, August 4, 2023 at 11:27:10 AM Pacific Daylight Time
To: tom.dekeyser@royo.co.uk Tom de Keyser
Cc: ken@harmoniaholdings.com Ken Dingledine

Hi Tom,

See my response below iN RED:

On Fri, Aug 4, 2023 at 7:31 PM Tom de Keyser <tom.dekeyser@royo.co.uk> wrote:

> Hi Boris
>
> Can you please share with me for Shanghai Theatrical Dreams
>
> 1 Certificate of Incorporation

See attachment

> 2 Articles of Association

See attachment

> 3 Who are the individual owners?

the individual owner is me

> I need this for UK bank compliance urgently as they need to confirm who funds belong to for anti-money laundering rules.

Understood.

> Is it also Shanghai Theatrical Dreams that has the contracts with the theatres? If so, could you send me two/three example contracts? I basically need a file of documents that prove the money isn't accounted in the UK.

Please see the attachments, yes, theatrical dreams has contracts with theatres.
One contract is for peter rabbit Suzhou, one contract is for Disney Gala Nanjing.

Best,
Boris

> Thanks
>
> Tom
>
> **Tom de Keyser**
> **e:** tom.dekeyser@royo.co.uk | **w:** www.royo.co.uk
> **t:** 020 3468 8584
> **a:** 8A Great Newport Street, London, WC2H 7JA (Please note new address)

Royo Entertainment Ltd. is a limited company registered in England and Wales. Registered number: 11918708.
Correspondence address PO Box 1145, London, HA9 1LG.
This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed.
If you have received this email in error, please notify the sender. If you are not the named addressee, you should not disseminate, distribute or copy this email.
If you are not the intended recipient, you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this
information is strictly prohibited. Computer viruses can be transmitted via email. The recipient should check this email and any attachments for the presence of viruses.
The organisation and sender accepts no liability for any damage caused by any virus transmitted by this email.
Any opinions expressed are not necessarily those of the company.
Please consider the environment before printing this email.

--
Boris Cao

*General Manager*
Harmonia Holdings, Ltd.
*he | him | his*
(what's this?)
New York ·  London·  Shanghai ·  Taipei
**Tel: China +86-18516314455 USA +1（917）868-3087**
**boris@harmoniaholdings.com**



---

**Attachments:**

**image421049.png** 43k

**剧梦营业执照TD Certificate Of Incorporation.pdf** 301k

**剧梦公司章程 Articles of Association.pdf** 2.0M

**《DIsney Gala迪士尼嘉年华音乐会》合同南京保利0909.docx** 33k

**《Peter Rabbit比得兔》 演出协议0513.docx** 375k

---

**tom.dekeyser@royo.co.uk Tom de Keyser**                Friday, August 4, 2023 at 12:18:47 PM Pacific Daylight Time
To: boris@harmoniaholdings.com Boris Cao
Cc: ken@harmoniaholdings.com Ken Dingledine

This is great, thank you. I think this can get me a fast residency certificate for Taiwan payments

Sent from Outlook for iOS

> **Tom de Keyser**
> **e:** tom.dekeyser@royo.co.uk | **w:** www.royo.co.uk
> **t:** 020 3468 8584
> **a:** 8A Great Newport Street, London, WC2H 7JA (Please note new address)

Royo Entertainment Ltd. is a limited company registered in England and Wales. Registered number: 11918708.
Correspondence address PO Box 1145, London, HA9 1LG.
This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed.
If you have received this email in error, please notify the sender. If you are not the named addressee, you should not disseminate, distribute or copy this email.
If you are not the intended recipient, you are notified that disclosing, copying, distributing or taking any
action in reliance on the contents of this