UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

XIAOHONG A/K/A SOPHIE QI, et al.,

                        Plaintiffs,

-v-                                                     23-CV-11094 (GHW) (RFT)

KENNETH DINGLEDINE, et al.,                      **ORDER**

                        Defendants.

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On January 15, 2024, Plaintiffs filed proofs of service as to Defendants Kenneth Dingledine and Barbara Darwall. (ECF Nos. 8,9.) The deadline to answer or otherwise respond to the Complaint has elapsed. (*See id*.) The Defendants have neither appeared nor answered.

Accordingly, it is ORDERED that Plaintiffs must move for an order to show cause why default judgment should not be entered against Defendants Kenneth Dingledine and Barbara Darwall, in accordance with the Federal Rules of Civil Procedure and the Local Rules of this Court, by **no later than March 8, 2024**.

Failure to comply with this Order may, in itself, result in a report and recommendation that the claims against these Defendants be dismissed without prejudice.

DATED:  February 14, 2024
              New York, New York

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge