UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| XIAOHONG a/k/a SOPHIE QI, et al.,<br><br>　　　　　　　　Plaintiffs,<br><br>-against-<br><br>KENNETH DINGLEDINE, et al.,<br><br>　　　　　　　　Defendants. | 23-CV-11094 (GHW) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

　　This action is scheduled for a Telephone Conference on **Wednesday, July 31, 2024, at 11:00 AM**. Plaintiffs should be prepared to discuss the status of their effort to serve the foreign defendants, and the parties should be prepared to address their positions on whether, and if so to what extent, discovery should commence. Counsel are directed to join the conference at the scheduled time.  **Please dial (646) 453-4442, Access Code: 395 806 218#.**

　　If counsel are not available at this date and time, please jointly confer and email four dates of availability to TarnofskyNYSDChambers@nysd.uscourts.gov within 48 hours of this order.

DATED: May 17, 2024
　　　　New York, New York

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge