UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Xiaohong a/k/a Sophie Qi, et al., <br><br> Plaintiffs, <br><br> -against- <br><br> Kenneth Dingledine, et al., <br><br> Defendants. | 23cv11094 (GHW) (RFT) <br><br> **ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Defendants' motion to quash is DENIED, but all bank records produced shall be for attorneys' eyes only. Defendants' motion to compel is DENIED IN PART and GRANTED IN PART, in that Plaintiffs are directed to meet with their ediscovery vendor this week and report to the Court by March 17, 2025 on the date by which they can begin and can complete their rolling document production. The parties are further required to meet and confer this week on the timing of Plaintiffs' production of the later created documents; to the extent the parties cannot agree on the timing of that production, Defendants shall file a letter motion by March 18, 2025 seeking the Court's intervention.

The Clerk of Court is respectfully requested to terminate ECF 63 and ECF 68.

DATED: March 13, 2025
 New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge