UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

XIAOHONG a/k/a SOPHIE QI, et al.,

           Plaintiffs,

-against-

KENNETH DINGLEDINE, et al.,

           Defendants.

23-CV-11094 (GHW) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

    This action is scheduled for a telephonic status conference on **April 3, 2025 at 9:30 AM.**

The parties should be prepared to discuss Defendant's second letter-motion. (*See* ECF 73.)

Counsel for Plaintiffs and for Defendants are directed to call my conference line at the scheduled time by dialing **(646) 453-4442, Access Code: 126 827 978 #.**

DATED:  March 19, 2025
             New York, New York

SO ORDERED.

_/s/ Robyn F. Tarnofsky_
**ROBYN F. TARNOFSKY**
United States Magistrate Judge