UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| XIAOHONG A/K/A SOPHIE QI, et al., <br><br> Plaintiffs, <br><br> -against- <br> DINGLEDINE, et al., <br><br> Defendants. | 23cv11094 (GHW) (RFT) <br><br> **ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As discussed at the conference: 1) Plaintiffs shall complete their rolling document production by **April 30, 2025**, with the exception of tax filings, about which the parties shall meet and confer; 2) Plaintiffs' document production shall include bank records, including cancelled checks, for Harmonia and affiliated entities but need not include at this time Qi's personal bank records; 3) Plaintiffs shall provide Defendants by **April 30, 2025** with supplemental objections and responses to Defendants' document requests that make clear what documents Plaintiffs are producing and what documents are being withheld based on objections; 4) Plaintiffs' counsel shall ascertain and inform Defendants by **April 25, 2025** whether Harmonia owns any real property; 5) the deadline for completing document discovery is extended until **May 30, 2025**; 6) to the extent that any party wishes Court intervention with any further issues involving document discovery, they shall meet and confer and then bring such issues to my attention in advance of the deadline for document discovery to be completed; and 6) the deadline for completing depositions is extended until **June 30, 2025**, although I will consider (but do not guarantee) a brief further extension of that deadline after May 30, 2025 if counsel for Dingledine's trial in an unrelated case does not settle.

The Clerk of Court is respectfully requested to terminate ECF 73.

DATED:  April 16, 2025
        New York, NY

SO ORDERED

_____
ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE