UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

XIAOHONG a/k/a SOPHIE QI, et al.,

        Plaintiffs,

-against-

KENNETH DINGLEDINE, et al.,

        Defendants.

23-CV-11094 (GHW) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

    On February 11, 2025, I ordered the parties to submit joint updates on the status of discovery on April 28, 2025. (*See* ECF 60, Order.) To date, the parties have not filed the joint status update due on April 28, 2025.

    I am sua sponte extending the deadline for the parties to submit such joint status update nunc pro tunc to **May 2, 2025.**

DATED: May 1, 2025
          New York, NY

SO ORDERED.

_____
ROBYN F. TARNOFSKY
United States Magistrate Judge