LAW OFFICES
## KANTROWITZ, GOLDHAMER & GRAIFMAN, P.C.
135 CHESTNUT RIDGE ROAD, SUITE 200
MONTVALE, NEW JERSEY 07645

TEL (201) 391-7000
FAX (201) 307-1086
www.kgglaw.com

NEW YORK
16 SQUADRON BLVD, STE 106
NEW CITY, NY 10956
TEL (845) 356-2570
FAX (845) 356-4335

BARRY S. KANTROWITZ**•
GARY S. GRAIFMAN**
RANDY J. PERLMUTTER**
MELISSA R. EMERT*
KATE CARBALLO**++
_____

AMANDA N. CASELLA**
DANIEL C. EDELMAN**
BRANDON W. ROTHSTEIN**
KELLYANN RUBINO+
WILLIAM T. SCHIFFMAN**
SAM B. SMITH**
_____

OF COUNSEL
ROBERT A. LUBITZ**
STEVEN B. ROTHSCHILD*
JEFFREY P. ORLAN, P.A., P.C.*•
ARNOLD REITER**

** N.Y. & N.J. BAR
* N.Y. BAR ONLY
+NJ BAR ONLY
• FLA. BAR
++ NJ CERTIFIED CIVIL TRIAL ATTORNEY

August 1, 2025

<u>*Via ECF Filing*</u>

Hon. Robyn F. Tarnofsky
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2260
New York, NY 10007

          Re:    Qi et al. v. Dingledine et al.
                 Docket No. 1:23-cv-11094-GHW-RFT

Dear Judge Tarnofsky:

We are counsel for Harmonia Holdings Ltd. ("Harmonia") and Xiaohong (a/k/a "Sophie" Qi) ("Qi" and together with Harmonia, "Plaintiffs" or "Counterclaimants" in the AAA arbitration) and submit this letter pursuant to the Court's Order entered June 6, 2025 (ECF # 92) (the "Order").

<u>Harmonia Holdings Ltd. and Sophie Qi's Statement</u>
As indicated in the prior status letter to the Court dated July 1, 2025, Defendant Dingledine commenced an arbitration with AAA on or about June 18, 2025. Although not indicated in the prior status letter, Plaintiffs/Counterclaimants paid their requisite fee on July 2 in accordance with AAA guidance to commence the arbitration. Plaintiffs'/Counterclaimants' Answer and Counterclaims will be submitted on August 4, 2025, together with its selection of arbitrators and other information required by AAA. To the extent that the AAA arbitration has commenced and is under the supervision of AAA, Plaintiffs request that the Court modify its Order to allow for status updates every 3 months rather than every month in order to ease the financial burden on the parties of having to report each month.

The parties are also litigating claims related to Spring Package LLC (f/k/a Harmonia Spring Package LLC) in New York State Court. On or about May 23, 2023, Plaintiffs commenced an action in New York State Supreme Court captioned *Harmonia Holdings Ltd. et. al., v. Harmonia Spring Package LLC,* Sup. Ct. N.Y. Co., Index No. 653208/2025 (the "New York County Action"). Also on May 23, 2025, Mr. Kalcheim's client, Spring Package LLC, whose Managing Member is Defendant Dingledine's husband, Tachiun Chou, commenced an action in Kings County Supreme Court captioned *Spring Package LLC v. Harmonia Holdings Ltd., et. al,* Index No. 517286/2025 (the "Kings County Action"). The Kings County Action is based upon documents designated as CONFIDENTIAL in this matter produced by

Plaintiffs to Defendant Dingledine (and *not* Spring Package LLC), and subject to the Court's Confidentiality Stipulation entered into by the parties herein (though not entered on the docket). As the Court is aware, its Model Confidentiality Stipulation specifically prohibits the use of documents designated CONFIDENTIAL by people other than the receiving party, and limits the use of CONFIDENTIAL documents from being used outside of this Court. *See* Model Confidentiality Agreement at ¶ 2 ("The Confidential Information disclosed will be held and used *by the person receiving such information solely for use in connection with the action*.") (emphasis added). On July 15, 2025, Harmonia and Qi moved to dismiss the Kings County Action, for, among other reasons, using documents designated as CONFIDENTIAL produced herein, in violation of this Court's Confidentiality Stipulation. The motion is scheduled for oral argument on September 18, 2025 before Justice Boddie.

As of the close of business on August 1, 2025, Plaintiffs have not received Defendants' statement for this status letter.

Respectfully submitted,

Gary S. Graifman

cc: Mitch Kalcheim (*via ECF Filing*)

---

The Court appreciates the status update. Going forward, the parties shall provide their joint status updates every three months, with the next update being due on **November 1, 2025**.

Dated: August 4, 2025
    New York, NY

SO ORDERED

ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE