UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

XIAOHONG a/k/a SOPHIE QI, et al.,

          Plaintiffs,

  -against-

KENNETH DINGLEDINE, et al.,

          Defendants.

---

23-CV-11094 (GHW) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On February 11, 2025, I ordered the parties to submit joint updates on the status of discovery. (*See* ECF 60, Order.) On August 4, 2025, I ordered the parties to provide their updates every three months, starting on November 1, 2025. (*See* ECF 98, Order.) An update was due at the beginning of February 2026, but to date, the parties have not filed a joint status update.

I am extending the deadline for the parties to submit their joint status update to **February 5, 2026**.

DATED:  February 4, 2026
        New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge