UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

XIAOHONG a/k/a SOPHIE QI, et al.,

Plaintiffs,

-against-

KENNETH DINGLEDINE, et al.,

Defendants.

23-CV-11094 (GHW) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On June 6, 2025, I granted Defendant Kenneth Dingledine's motion to compel arbitration, stayed this matter until resolution of Plaintiffs' claims against Dingledine in arbitration, and ordered the Plaintiffs and Dingledine to file on the docket a joint update on the status of the arbitration on the first business day of every month, beginning on July 1, 2025, until the stay is lifted. (*See* ECF 92.) On August 4, 2025, I ordered the parties to provide their joint updates on the status of arbitration every three months, starting on November 1, 2025. (*See* ECF 98, Order.)

An update was due November 2, 2026, the first business day of November 2026, but to date, the parties have not filed a joint status update. Accordingly, I am nunc pro tunc extending the deadline for Plaintiffs and Dingledine to file their joint status update until **November 5, 2026**.

DATED: November 4, 2026
New York, NY

SO ORDERED.

______________________________
**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**