KGG Law
Kantrowitz Goldhamer Graifman
Perlmutter & Carballo P.C.
www.kgglaw.com

New Jersey
135 Chestnut Ridge Rd, Suite 200
Montvale, NJ 07645
T: 201.391.7000 F: 201.307.1086

New York
16 Squadron Blvd, Suite 106
New City, NY 10956
T: 845.356.2570 F: 845.356.4335

November 5, 2026

***Via ECF Filing***

Hon. Robyn F. Tarnofsky
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2260
New York, NY 10007

**Re: Qi et al. v. Dingledine et al.**
**Docket No. 1:23-cv-11094-GHW-RFT**

Dear Judge Tarnofsky:

As background, the Court's Order of June 6, 2025 (ECF No. 92) required monthly joint updates regarding the status of the parties' arbitration. By Memo Endorsement dated August 4, 2025 (ECF No. 95), the Court modified that requirement to quarterly updates. Pursuant to those Orders and the Court's November 4, 2026 Order (ECF No. 105), Plaintiffs and Defendant Dingledine respectfully submit this quarterly joint update.

Since the last update filed in August 2026, the parties and Arbitrator Hanft have agreed to six in-person hearing days at the AAA's New York offices, scheduled for April 7, 8, 9, 12, 19 and 20, 2027 as reflected in the AAA's Notice of Hearing. Discovery has also continued in the matter, with further exchange of documents.

Respectfully submitted,

Gary S. Graifman

cc: Fred J. Skolnick and Mitch Kalcheim *(via ECF Filing)*

The parties shall file their next joint status update by **May 5, 2027**.

Dated: November 6, 2026
New York, NY

SO ORDERED

ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE